An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRICK P. HOUSTON,
Appellant,
vs.
NEVADA DEPARTMENT OF PUBLIC
SAFETY DIVISION OF PAROLE AND
PROBATION,
Respondent.

No. 62662

**FILED**

MAY 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On March 26, 2013, this court entered an order denying appellant's motion to proceed in forma pauperis without prejudice. Further, the order directed appellant to seek leave to proceed in forma pauperis in the district court. Appellant was also cautioned that his failure to either properly seek leave in the district court or pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or responded to this court's order. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:     Hon. Kerry Louise Earley, District Judge
        Brick P. Houston
        Attorney General/Carson City
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-14148